**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLENE HUDSON, | Case No. EDCV 08-424-VAP (JCRx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MORENO VALLEY UNIFIED SCHOOL DISTRICT, | |
| Defendant. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: January 20, 2010

_____
VIRGINIA A. PHILLIPS
United States District Judge